[L. A. No., 4567. Department One.—November 12, 1918.]

## J. W. CORNIC, Appellant, v. GERTIE E. STEWART, Respondent.

APPEAL—ORDER SUSTAINING DEMURRER—DISMISSAL.—No appeal lies from an order sustaining a demurrer to a complaint or from one denying application for leave to file an amended complaint, and attempted appeals from such orders will be dismissed.

APPEAL from orders of the Superior Court of Los Angeles County, sustaining a demurrer and refusing leave to amend. Grant Jackson, Judge. Appeal dismissed.

The facts are stated in the opinion of the court.

Willedd Andrews, for Appellant.

James W. Barnes, for Respondent.

RICHARDS, J., *pro tem.*—In this case no respondent's brief has been filed, but a cursory examination of the record discloses that the only appeal before us is an attempted appeal from two orders of the trial court sustaining a demurrer to the plaintiff's first amended complaint and denying the plaintiff's application for leave to file a second amended complaint. Neither of these orders are appealable orders and there is no appeal from the judgment. It follows that the appeals must be dismissed, and it is so ordered.

Sloss, J., and Victor E. Shaw, J., *pro tem.*, concurred.